**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Henry Camille Perret  Jr.
Perret, Doise
P. O. Drawer 3408
Lafayette LA 70502-3408

Kyle M. Bacon
Perret, Doise
P. O. Box 3408
Lafayette LA 70502-3408

Anne Elizabeth Watson
Dupre & Watson
232 N. Liberty St.
Opelousas LA 70570

Harry T. Lemmon
Attorney at Law
650 Poydras St., Suite 2335
New Orleans LA 70130

**REHEARING ACTION: November 14, 2007**

**Docket Number: 06   01615-CA**

**CLORDEAN PREJEAN GRANGER**
**VERSUS**
**WALLACE ANTHONY GRANGER**

**Appealed from ST. LANDRY Parish Case No. 94-C-1479-B**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Oswald A. Decuir**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Wallace Anthony Granger** has this day been

    **DENIED.**
    Genovese, J., would grant rehearing.

Also, the request for en banc rehearing has this day been

    **DENIED.**

cc: James Nathan Prather  Jr., Counsel for the Appellee